**[J-51-2026]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF ROBYN BIRD FOR THE REPUBLICAN PARTY NOMINATION FOR REPRESENTATIVE IN THE GENERAL ASSEMBLY FROM THE 177TH LEGISLATIVE DISTRICT IN THE MAY 19, 2026 PRIMARY ELECTION<br><br>APPEAL OF: CHRISTINA MARIE SEELING | : No. 13 EAP 2026<br>:<br>: Appeal from the Commonwealth<br>: Court order dated March 24, 2026,<br>: at Docket No. 106 MD 2026<br>:<br>: SUBMITTED:  April 7, 2026<br>:<br>:<br>: |

## ORDER

**PER CURIAM**                                                        **DECIDED: April 9, 2026**

**AND NOW,** this 9th day of April, 2026, the order of the Commonwealth Court is

**AFFIRMED**.